**Dismissed and Opinion Filed August 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00576-CV

### TANYA TERRY-ANDRADE, Appellant
### V.
### JOSE DIAZ-SALAZAR, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-04918**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Tanya Terry-Andrade appealed the trial court's February 7, 2017 judgment. On June 2, 2017, the Dallas County Clerk informed us that appellant had not paid or made arrangements to pay for the fee. That same day, we sent appellant a letter, instructing her to file, within ten days, written verification that she had paid or made arrangements to pay the fee for the clerk's record or written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that the failure to comply might result in the dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). On June 13, 2017, appellant filed a docketing statement in which she states she did not file an affidavit of indigency. As of today, the clerk's record has not been filed and appellant has not filed a response or otherwise communicated with the Court.

In light of appellant's failure to comply with this Court's directive as detailed above, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

170576F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## **JUDGMENT**

TANYA TERRY-ANDRADE, Appellant

No. 05-17-00576-CV          V.

JOSE DIAZ-SALAZAR, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas

Trial Court Cause No. CC-16-04918.

Opinion delivered by Chief Justice Wright, Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JOSE DIAZ-SALAZAR recover his costs, if any, of this appeal from appellant TANYA TERRY-ANDRADE.

Judgment entered August 8, 2017.